FILE COPY

No. 07-15-00128-CV

Le Nguyen
  Appellant

v.

Elena Lopez, Individually and as of
Representative of and on behalf of
The Estate of Jeanette Lopez and
Caristina and Miguel Lerma,
Individually and on behalf of Bernice
Lerma, a minor, and on behalf of all
known heirs
  Appellee

§    From the 17th District Court
§      of Tarrant County

§    September 22, 2015

§    Opinion Per Curiam

§

## **J U D G M E N T**

It is hereby ordered, adjudged and decreed that this appeal be abated and removed from this Court's docket.

o O o